# UNITED STATES BANKRUPTCY COURT
### Southern District of Alabama

Bankruptcy Proceeding No.: 17–04004
Chapter: 7
Judge: HENRY A. CALLAWAY

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Dexter Laster
447 Hamden Ridge Rd
Evergreen, AL 36401

## *NOTICE OF HEARING*

A hearing will be held in Courtroom 2 of the U. S. Bankruptcy Court, 201 St. Louis St., Mobile, AL on:

Date: 11/14/17

Time: 08:30 AM

Matter:

*6* – NEGATIVE NOTICE: Motion to Change Venue To Filed by Richard Shinbaum on behalf of Dexter Laster. Objections due by 11/10/2017. (Shinbaum, Richard)

A MOTION WILL BE DISMISSED BY THE COURT IF THE MOVANT DOES NOT APPEAR AT THIS HEARING OR NOTIFY THE COURT AT LEAST ONE (1) DAY IN ADVANCE OF ANY AGREEMENT REACHED WITH ALL OTHER AFFECTED PARTIES BY CONTACTING ANTOINETTE BROOKS AT <antoinette_brooks@alsb.uscourts.gov>. MOVANT'S COUNSEL MUST REPRESENT TO THE COURT THAT ALL AFFECTED PARTIES HAVE BEEN NOTIFIED OF, AND CONSENT TO, THE AGREEMENT.

Dated: 10/23/17

LEONARD N. MALDONADO
CLERK OF COURT

BY ANTOINETTE BROOKS
DEPUTY CLERK