# UNITED STATES BANKRUPTCY COURT
## Southern District of Alabama

Bankruptcy Proceeding No.: 17−04004
Chapter: 7
Judge: HENRY A. CALLAWAY

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Dexter Laster
447 Hamden Ridge Rd
Evergreen, AL 36401

## *NOTICE OF HEARING*

A hearing will be held in Courtroom 2 of the U. S. Bankruptcy Court, 201 St. Louis St., Mobile, AL on:

Date: 11/14/17

Time: 08:30 AM

Matter:

*6* − NEGATIVE NOTICE: Motion to Change Venue To Filed by Richard Shinbaum on behalf of Dexter Laster. Objections due by 11/10/2017. (Shinbaum, Richard)


A MOTION WILL BE DISMISSED BY THE COURT IF THE MOVANT DOES NOT APPEAR AT THIS HEARING OR NOTIFY THE COURT AT LEAST ONE (1) DAY IN ADVANCE OF ANY AGREEMENT REACHED WITH ALL OTHER AFFECTED PARTIES BY CONTACTING ANTOINETTE BROOKS AT <antoinette_brooks@alsb.uscourts.gov>. MOVANT'S COUNSEL MUST REPRESENT TO THE COURT THAT ALL AFFECTED PARTIES HAVE BEEN NOTIFIED OF, AND CONSENT TO, THE AGREEMENT.

Dated: 10/23/17

        LEONARD N. MALDONADO
        CLERK OF COURT

        BY ANTOINETTE BROOKS
        DEPUTY CLERK

```
                              United States Bankruptcy Court
                              Southern District of Alabama
In re:                                                                  Case No. 17-04004-HAC
Dexter Laster                                                           Chapter 7
         Debtor                      CERTIFICATE OF NOTICE
```

District/off: 1128-1          User: brooks              Page 1 of 1                 Date Rcvd: Oct 23, 2017
                              Form ID: ntchrgBK         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2017.
db           +Dexter Laster,    447 Hamden Ridge Rd,    Evergreen, AL 36401-7628
3179842     ++ALABAMA RURAL ELECTRIC FEDERAL CREDIT UNION,    PO BOX 240547,    MONTGOMERY AL 36124-0547
              (address filed with court:  ALABAMA RURAL ELECTRIC,    CREDIT UNION,    P.O. BOX 24057,
                MONTGOMERY, AL 36124)
3179844      +Brewton Mill Federal Credit Union,    2549 South Blvd,    Brewton, AL 36426-8192
3179846      +EVERGREEN HOSPITAL,    P.O. BOX 706,    EVERGREEN, AL 36401-0706
3179847      +EVERGREEN MEDICAL CENTER,    308 SOUTH MAIN STREET,    Evergreen, AL 36401-3325
3179848      +GEORGIANA DOCTOR'S HOSPITAL,    P.O. BOX 548,    GEORGIANA, AL 36033-0548
3179849       GEORGIANA HEALTH & REHAB,    515 S. MIRANDA AVE,    Georgiana, AL 36033
3179850      +IRS,    1285 CARMICHAEL WAY,    Montgomery, AL 36106-3672
3179851      +Montgomery Industrial Gas,    1133 Wilbanks St,    Montgomery, AL 36108-2327
3179852      +STABLER CLINIC,    300 N COLLEGE STREET,    GREENVILLE, AL 36037-2025
3179853       STABLER HOSPITAL,    P. O. 1000,    GREENVILLE, AL 36037
3179854      +Verizon,    500 Technology Drive,    Suite 550,    Weldon Springs, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3179843       E-mail/Text: g17768@att.com Oct 24 2017 03:37:19     AT&T,    P.O. Box 105503,
               Atlanta, GA 30348-5503
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3179845*     +Brewton Milll Federal Credit Union,    2549 South Blvd,    Brewton, AL 36426-8192
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2017 at the address(es) listed below:
              Richard   Shinbaum    on behalf of Debtor 1 Dexter  Laster rshinbaum@smclegal.com,
               selmaecf@gmail.com;sstation@smclegal.com
              Terrie S. Owens    towenstrustee@irvingrodskypc.com, towens@ecf.epiqsystems.com
                                                                                             TOTAL: 2