IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DEXTER LASTER, | ) | Case No. 17-04004 |
| | ) | |
| Debtor. | ) | |

ORDER

Debtor's motion to transfer divisions (doc. 6) is granted, and this case is transferred to the Northern Division of this district.

Dated: November 13, 2017

_____
HENRY A. CALLAWAY
CHIEF U.S. BANKRUPTCY JUDGE