| **Information to identify the case:** | | | | |
|---|---|---|---|---|
| Debtor 1 | **Dexter Laster** | | Social Security number or ITIN | **xxx–xx–8481** |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Southern District of Alabama** | | Date case filed for chapter | **7  10/20/17** |
| Case number: | **17–04004** | | | |

Official Form 309A (For Individuals or Joint Debtors)  **Judge:** HENRY A. CALLAWAY

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Dexter Laster | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 447 Hamden Ridge Rd<br>Evergreen, AL 36401 | |
| 4. | **Debtor's attorney**<br>Name and address | Richard Shinbaum<br>P. O. Box 201<br>Montgomery, AL 36101–0201 | Contact phone: (334) 269–4440<br>Email: rshinbaum@smclegal.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Terrie S. Owens<br>P.O. Box 3123<br>Mobile, AL 36652–3123 | Contact phone: 251–433–3657<br>Email: towenstrustee@irvingrodskypc.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **1**

| 6. | **Bankruptcy clerk's office** | 201 St. Louis Street<br>Mobile, AL 36602 | Hours open: 8:30 AM to 4:30 PM M–F – Bring Photo ID – No Electronics Allowed in Courthouse |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at <u>www.pacer.gov</u>. | | Contact phone: (251) 441–5391<br><br>Date: 11/14/17 |
| 7. | **Meeting of creditors** | **December 14, 2017 at 08:00 AM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **908 Alabama Ave, Selma, AL 36701** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 1/19/18** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at <u>www.pacer.gov</u>. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

Case 17-04004    Doc 14    Filed 11/16/17    Entered 11/16/17 23:48:34    Desc Imaged
Certificate of Notice    Page 2 of 3

```
                          United States Bankruptcy Court
                          Southern District of Alabama
```

In re:                                                              Case No. 17-04004-HAC
Dexter Laster                                                       Chapter 7
         Debtor                     **CERTIFICATE OF NOTICE**

District/off: 1128-2      User: LeeT4117         Page 1 of 1            Date Rcvd: Nov 14, 2017
                          Form ID: 309A          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
```
db             +Dexter Laster,    447 Hamden Ridge Rd,    Evergreen, AL 36401-7628
aty             Leonard N. Math,    Chambless & Math, P. C.,    P. O. Box 230759,    Montgomery, AL  36123-0759
cr             +BREWTON MILL FEDERAL CREDIT UNION,    Chambless Math .:. Carr, P.C.,   POB 230759,
                 Montgomery, AL 36123-0759
3179842       ++ALABAMA RURAL ELECTRIC FEDERAL CREDIT UNION,    PO BOX 240547,    MONTGOMERY AL 36124-0547
               (address filed with court:  ALABAMA RURAL ELECTRIC,    CREDIT UNION,    P.O. BOX 24057,
                 MONTGOMERY, AL 36124)
3188203        +BREWTON MILL FEDERAL CREDIT UNION,    C/O CHAMBLESS MATH & CARR P.C.,    P.O. BOX 230759,
                 MONTGOMERY AL 36123-0759
3179844        +Brewton Milll Federal Credit Union,    2549 South Blvd,    Brewton, AL 36426-8192
3179846        +EVERGREEN HOSPITAL,    P.O. BOX 706,    EVERGREEN, AL 36401-0706
3179847        +EVERGREEN MEDICAL CENTER,    308 SOUTH MAIN STREET,    Evergreen, AL 36401-3325
3179848        +GEORGIANA DOCTOR'S HOSPITAL,    P.O. BOX 548,    GEORGIANA, AL 36033-0548
3179849         GEORGIANA HEALTH & REHAB,    515 S. MIRANDA AVE,    Georgiana, AL 36033
3179850        +IRS,   1285 CARMICHAEL WAY,    Montgomery, AL 36106-3672
3179851        +Montgomery Industrial Gas,    1133 Wilbanks St,    Montgomery, AL 36108-2327
3179852        +STABLER CLINIC,    300 N COLLEGE STREET,    GREENVILLE, AL 36037-2025
3179853         STABLER HOSPITAL,    P. O. 1000,    GREENVILLE, AL 36037
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: rshinbaum@smclegal.com Nov 15 2017 02:34:05      Richard Shinbaum,    P. O. Box 201,
                 Montgomery, AL  36101-0201
tr              EDI: QTSOWENS.COM Nov 15 2017 02:18:00      Terrie S. Owens,    P.O. Box 3123,
                 Mobile, AL  36652-3123
3179843         EDI: ATTWIREBK.COM Nov 15 2017 02:18:00      AT&T,    P.O. Box 105503,    Atlanta, GA 30348-5503
3179854        +EDI: VERIZONEAST.COM Nov 15 2017 02:18:00      Verizon,    500 Technology Drive,    Suite 550,
                 Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3179845*       +Brewton Milll Federal Credit Union,    2549 South Blvd,    Brewton, AL 36426-8192
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2017 at the address(es) listed below:
```
              Leonard N. Math    on behalf of Creditor    BREWTON MILL FEDERAL CREDIT UNION
               noticessd@chambless-math.com
              Richard  Shinbaum    on behalf of Debtor 1 Dexter  Laster rshinbaum@smclegal.com,
               selmaecf@gmail.com;sstation@smclegal.com
              Terrie S. Owens    towenstrustee@irvingrodskypc.com,    towens@ecf.epiqsystems.com
                                                                                             TOTAL: 3
```